GERVASIO M. CRUZ, Respondent, v. CAMDEN HOUSE CORP. et al., Appellants.— Order, so far as appealed from, unanimously reversed, with $20 costs and disbursements to the appellants, and the plaintiff's motion, insofar as it seeks to examine the corporate defendant before trial through its employee, Anderson Robinson, is denied. (See *United States Overseas Airlines* v. *Cox*, 283 App. Div. 31.) Present — Peck, P. J., Cohn, Callahan, Breitel and Botein, JJ.

DAVID DAVIS, Respondent, v. CUNARD STEAM-SHIP COMPANY, LTD., Appellant. — The plaintiff in this action is a British subject injured on a vessel coming to this country and who returned to England shortly after the accident; the action was initiated by service of an unverified complaint. Demand for bill of particulars has remained unanswered. There is no affidavit of merit submitted on behalf of the plaintiff, nor is there any statement to show that plaintiff intends to diligently prosecute the action. The failure to notice the case for trial for two and one-half years after joinder of issue required the exercise of the court's discretion to dismiss the action for lack of prosecution under such circumstances. Order unanimously reversed, with $20 costs and disbursements to the appellant, and the motion granted. Judgment is directed to be entered in favor of the defendant dismissing the complaint herein, with costs. Present — Peck, P. J., Cohn, Callahan, Breitel and Botein, JJ.

AUGUSTA G. MALLABAR v. BERTHA GOODKIND et al.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Dore, Cohn, Callahan and Botein, JJ. [See *ante*, p. 948.]

In the Matter of NEW YORK STATE LABOR RELATIONS BOARD against WAGS TRANSPORTATION SYSTEM, INC.— Motion for reargument denied, with $10 costs. Present — Peck, P. J., Dore, Cohn, Callahan and Bastow, JJ [See *ante*, p. 883.]

In the Matter of GEORGE DEERING et al., Appellants, against ANDREW MULRAIN, as Commissioner of Department of Sanitation of the City of New York, et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Dore, J. P., Cohn, Breitel, Bastow and Botein, JJ. [See *ante*, p. 887.]

In the Matter of the Construction of the Will of ARTHUR C. JAMES, Deceased. AMERICAN SEAMEN'S FRIEND SOCIETY et al., Appellants; JAMES FOUNDATION OF NEW YORK, INC., et al., Respondents.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Dore, J. P., Cohn, Breitel, Bastow and Botein, JJ. [See *ante*, p. 936.]

ANCHIN, BLOCK & ANCHIN, Respondent, v. PENNSYLVANIA COAL AND COKE CORPORATION, Appellant.— Motion for reargument denied, with $10 costs. Present — Peck, P. J., Dore, Cohn, Callahan and Botein, JJ. [See *ante*, p. 940.]